UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EUGENE A. YOUNG,

Petitioner,

v.

RON HAYNES,

Respondent.

CASE NO. 3:18-cv-05250-RBL-JRC

ORDER DENYING MOTION FOR EXTENSION

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Before the Court is petitioner Eugene A. Young's motion for a 90-day extension to file a brief. Dkt. 7.

The Court directed the Clerk to serve petitioner's habeas petition on May 11, 2018. Dkt. 6. The Court has not yet received a response from respondent, and the deadline for filing a response has not yet passed. *See id*. Because this is a habeas case, and because petitioner has already filed his habeas petition, the only additional briefing petitioner may file is his reply to

respondent's response. Rules Governing Habeas Corpus Cases Under Section 2254, Rule 5(e). Since respondent has not yet filed a response, petitioner need not yet file a reply. *Id*. Further, it is unclear whether petitioner is requesting an extension to file his reply brief, or whether he is requesting an extension for some other briefing not required in a habeas petition.

Because petitioner need not yet file a reply brief and because it is unclear whether petitioner requests some other relief, petitioner's motion for extension (Dkt. 7) is denied.

If petitioner is seeking an extension to file is reply brief, then no request need be made until after respondent has filed a response.

If petitioner is seeking an extension for some other briefing, petitioner should be aware the only briefing necessary in this habeas proceeding at this stage is the petition itself, a response from respondent, and an optional reply. The Court will not entertain any other briefing at this time.

Dated this 22nd day of June, 2018.

J. Richard Creatura
United States Magistrate Judge