UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EUGENE A. YOUNG,

Petitioner,

v.

RON HAYNES,

Respondent.

CASE NO. 3:18-cv-5250-RBL-JRC

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     Because petitioner failed to exhaust his claims and is now procedurally barred from returning to state court to do so, his amended petition is **DENIED**.

(3)     A certificate of appealability with respect to this petition is also **DENIED**.

**DATED** this 2nd day of May, 2019.

_____
Ronald B. Leighton
United States District Judge